Ex.·No. 1297. STATE *ex rel.* ROBERT SCOTT *v.* ARAM K. BERBERIAN. Motion of defendant for a special assignment granted and matter assigned to October 1971 calendar for hearing on the

merits. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* defendant, pro se.